

No. 70–5146. BEASLEY v. UNITED STATES, *ante*, p. 866;

No. 71–302. RATLIFF ET AL. v. COOPER LABORATORIES, INC., ET AL., *ante*, p. 948;

No. 71–336. UNITED DAIRY FARMERS COOPERATIVE ASSN. v. MILK CONTROL COMMISSION OF PENNSYLVANIA ET AL., *ante*, p. 930;

No. 71–414. VULCAN MATERIALS CO. v. UNITED STATES, *ante*, p. 942;

No. 71–5109. BUSH v. MORRIS, DISTRICT ATTORNEY OF SUMTER COUNTY, ET AL., *ante*, p. 884; and

No. 71–5181. HARRELSON, AKA STOUGHTENBOROUGH v. UNITED STATES, *ante*, p. 943. Petitions for rehearing denied.

DECEMBER 22, 1971

No. 71–427. LORILLARD CORP. ET AL. v. ROBINSON ET AL. C. A. 4th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court. 

JANUARY 6, 1972

No. 70–344. MORGAN v. UNITED STATES FIDELITY & GUARANTY CO. Sup. Ct. Miss. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court. 

No. 71–78. WATSON v. BIRDSONG ET AL. C. A. 6th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

No. 71–5720. LANE v. TEXAS. Ct. Crim. App. Tex. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court. 

